STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**ANTONIO QUINONES FLORES**  Case No. 11-06655-MCF

**ELIZABETH RIVERA RAMOS**  Chapter 13  Attorney Name: R FIGUEROA CARRASQUILLO LAW OFFICE

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [X] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[ ] Substitute

Date & Time: 9/14/2011 8:00:00AM

[ ] R  [X] NR  LV: t.b.d.

[X] This is debtor(s) 2 Bankruptcy filing.

Creditors:

None

**II. Oath Administered**

[ ] Yes  [X] No

**III. Plan**

Date: 08/08/2011  Base: $12,000.00  Payments 1 made out of 1 due.

Confirmation Hearing Date: 10/14/2011 1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00 - $101.00 = $2,899.00

**IV. Status of Meeting**

[ ] Closed  [ ] Not Held  [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date: 10/27/2011 8:00:00AM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

In re:

| | | | |
|---|---|---|---|
| ANTONIO QUINONES FLORES | | Case No. | 11-06655-MCF |
| ELIZABETH RIVERA RAMOS | Chapter 13 | Attorney Name: | R FIGUEROA CARRASQUILLO LAW OFFICE |

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State  - years |
| [ ] Insuarence quote |    [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

Meeting not held due to error in joint debtor Rivera's soc. sec. number.  Attorney is to notice correct number; and new date of the continued meeting.  Counsel provided maturity dates of the 2 retirement loans (Apr 2016 and jul 2017 and will upload to our program the DSO information.   I reviewed and returned the 4 years of state tax returns.

s/Alejandro Oliveras                   Date:  09/14/2011

**Trustee/Presiding Officer**                   (Rev. 02/11)